IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00198-EWN-MJW

LANGSTON D. HULL, D.V.M., PH.D.,

Plaintiff,

v.

COLORADO STATE UNIVERSITY, et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff's Motion to Amend Complaint (docket no. 33) is GRANTED finding good cause shown pursuant to Fed. R. Civ. P. 15(a)(1).  The Plaintiff's Amended Complaint (docket no. 33-2)  is accepted for filing as of this date of this minute order.   I also find that none of the Defendants have filed any timely responses to the subject motion (docket no. 33) and therefore I find that the subject motion ( docket no. 33) has been confessed by all Defendants.

Date:  May 28, 2008