IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00198-EWN-MJW

Langston D. Hull, DVM, Ph.D.,

     Plaintiff,

v.

COLORADO STATE UNIVERSITY;
COLORADO BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY
SYSTEM, as governing body of COLORADO STATE UNIVERSITY;
LARRY EDWARD PENLEY, individually and in his official capacity;
ANTHONY FRANK, Ph.D., individually and in his official capacity;
THOMAS GORELL, Ph.D., individually and in his official capacity;
LANCE PERRYMAN, individually and in his official capacity;
STEPHEN A. BENJAMIN, DVM, Ph.D., individually and in his official capacity;
PATRICK J. BRENNAN, Ph.D., individually and in his official capacity;
CAROL D, BLAIR, Ph. D., individually and in her official capacity;
JOHN T. BELISLE, Ph.D., individually and in his official capacity;
ROBERT P. ELLIS, Ph.D., individually and in his official capacity;
BARRY J. BEATY, Ph.D., individually and in his official capacity;
JULIA M. INAMINE, Ph.D., individually and in her official capacity;
JEFFREY WILUSZ, Ph.D., individually and in his official capacity;
EDWARD A. HOOVER, DVM, Ph.D., individually and in his official capacity;
ANNE C. AVERY, DVM, Ph.D., individually and in her official capacity;
DEAN C. CRICK, Ph.D., individually and in his official capacity;
ALAN R. SCHENKEL, Ph.D., individually and in his official capacity;
HERBERT P. SCHWEIZER, Ph.D., individually and in his official capacity;
ROSELYN CUTLER, individually and in her official capacity;
JOHN D. ROOT, Esq. and
WICK & TRAUTWEIN, LLC.

     Defendants.

---

**PROPOSED ORDER REGARDING STATE DEFENDANTS' UNOPPOSED MOTION
TO VACATE MONDAY, AUGUST 11, 2008 STATUS CONFERENCE**

( Docket No. 75 )

THIS MATTER, coming before the Court on State Defendants' Unopposed Motion to Vacate Monday, August 11, 2008 Status Conference, and it appearing to the Court that the same should be granted.

It is hereby ordered that the status conference set for Monday, August 11, 2008 at 9:30 a.m. is hereby vacated. The parties shall jointly file a motion requesting a status conference within five days of a ruling on State Defendants' Motion to Dismiss in order to make necessary modifications to the scheduling order.

August 7, 2008

District Court Judge

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**