IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00198-PAB-MJW

LANGSTON D. HULL, D.V.M., PH.D.,

Plaintiff,

v.

COLORADO STATE UNIVERSITY, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Third Motion to Amend Complaint (Docket No. 127), to which no opposition was received, is granted, and the tendered Third Amended Complaint (Docket No. 127-2) is accepted for filing as of the date of this Minute Order.

Date: April 13, 2010