IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00198-PAB-MJW

LANGSTON D. HULL, D.V.M., PH.D.,

Plaintiff,

v.

COLORADO STATE UNIVERSITY, et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Unopposed Motion to File Corrected Third Amended Complaint (docket no. 144) is GRANTED. The Corrected Third Amended Complaint (docket no. 144-1) is accepted for filing as of the date of this minute order.

Date: June 8, 2010