IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00198-PAB-MJW

LANGSTON D. HULL, D.V.M., PH.D.,

Plaintiff,

v.

COLORADO STATE UNIVERSITY, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that State Defendants' Unopposed Motion to Vacate and Reset Status Conference [Docket No. **161**], filed with the court April 20, 2011, is GRANTED having good cause shown.

It is FURTHER ORDERED that the Status Conference set May 09, 2011 at 9:00 a.m. is VACATED and RESET to May 12, 2011 at 1:30 p.m.  in   Courtroom A-502, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294. Counsel shall bring their calendars so that deadlines and/or court conferences may be set.

Date:    April 21, 2011