# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.**   08-cv-00198-PAB-MJW         FTR - Courtroom A-502

**Date:**  May 31, 2011                            Courtroom Deputy, Ellen E. Miller

LANGSTON D.  HULL,                                 Lisa R.  Sahli
                                                   Mari A. Newman
        Plaintiff(s),

v.

COLORADO STATE UNIVERSITY, et al                   Stephanie L. Scoville
JOHN D.  ROOT,   and                               Douglas J. Cox
WICK & TRAUTWEIN, LLC,                             Ellis J.  Mayer
        Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   9:35 a.m.
Court calls case.  Appearances  of counsel.

With no objections by any Defendants,

**It is ORDERED:**        Plaintiff's MOTION TO LIFT STAY OF DISCOVERY [Docket No. **169**, Filed May 06, 2011] is **GRANTED** for reasons as set forth on the record.

It is noted two versions of a Proposed Scheduling Order have been filed Docket No. 171, filed May 27, 2011, and Docket No. 172, filed May 31, 2011.  The Court uses Docket No. 171 as the operative document.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Joinder of Parties/Amendment to Pleadings has expired.

Discovery Cut-off:   **JANUARY 06, 2012**

Dispositive Motions Deadline: **FEBRUARY 06, 2012**

Each side  shall be limited to eight (8) expert witnesses, without further leave of Court.
Parties shall designate experts **on or before   NOVEMBER  09, 2011**
Parties shall designate rebuttal experts   **on or before   DECEMBER 09, 2011**

Interrogatories, Requests for Production, and Requests for Admissions shall be served on or before **SEPTEMBER 02, 2011.**

• Plaintiff may serve up to twenty-five (25) Interrogatories on the Wick & Trautwein Defendants. Plaintiff may serve up to twenty-five (25) Requests for Production, and twenty-five (25) Requests for Admissions on the Wick & Trautwein Defendants, without leave of Court.

• Plaintiff may serve up to and thirty (30) Interrogatories on the CSU Defendants; Plaintiff may serve up to twenty-five (25) Requests for Production, and twenty-five (25) Requests for Admissions on the CSU Defendants, without leave of Court.

• CSU Defendants may serve up to thirty (30) Interrogatories on the Plaintiff. CSU Defendants serve up to twenty-five (25) Requests for Production, and twenty-five (25) Requests for Admissions on the Plaintiff, without leave of Court.

• Wick & Trautwein Defendants may serve up to twenty-five (25) Interrogatories on the Plaintiff, and serve up to twenty-five (25) Requests for Production, and twenty-five (25) Requests for Admissions on the Plaintiff, without leave of Court.

Each side shall be limited to eighteen (18) fact depositions, plus experts. Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court. All depositions, fact and expert witnesses, shall be completed **no later than JANUARY 06, 2012.**


A **SETTLEMENT CONFERENCE** is set for **AUGUST 23, 2011** at 1:30 p.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
Updated Confidential Settlement Statements are due to Magistrate Judge Watanabe via e-mail, as a PDF attachment, at Watanabe_Chambers@cod.uscourts.gov
**on or before AUGUST 18, 2011.**
In the subject line of the e-mail, counsel shall list the case number, short caption, date of the conference and "confidential settlement statement."
Statements containing more than 15 pages **should** also be submitted in hard copy paper form with the envelope addressed to "Magistrate Judge Watanabe Chambers. Personal and Confidential".
All attorneys, parties and/or client representatives, including an adjustor if an insurance company is involved, with full settlement authority shall be present **in person** at the settlement conference. Individual defendants need not appear in person but are required to be available by telephone for the duration of the settlement conference. Anyone seeking entry into a United States Courthouse is required to show a valid current photo identification. See D.C.COLO.LCivR 83.2. Failure to comply with this requirement may result in denial of entry to the courthouse.


**FINAL PRETRIAL CONFERENCE** set for     **APRIL 06, 2012 at 8:30 a.m.**
 in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
The proposed final pretrial order shall be filed **on or before APRIL 02, 2012.**

In accordance with Fed.R.Civ.P. 16(e), the final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**TRIAL:**
The parties anticipate a two (2) week  trial to a jury.
The Honorable Philip A. Brimmer  will set a Trial Preparation Conference and Trial at a future date.

● Parties are directed to www.cod.uscourts.gov regarding Judicial Officers' Procedures
and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.

● Scheduling Order in its final form for the Court's signature shall be re-submitted consistent with the orders from the bench **on or before   JUNE 07, 2011,** *nunc pro tunc* to MAY 31, 2011.

Hearing concluded.

**Court in recess:**    10:21 a.m.
Total in-court time: 00:46

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.