IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00198-PAB-MJW

Langston D. Hull, DVM, Ph.D.,

    Plaintiff,

v.

COLORADO BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM, as governing body of COLORADO STATE UNIVERSITY;
PATRICK J. BRENNAN, Ph.D., individually;
JEFFREY WILUSZ, Ph.D., in his individual and official capacities;
EDWARD A. HOOVER, DVM, Ph.D., individually;
ANNE C. AVERY, DVM, Ph.D., individually;
JOHN D. ROOT, Esq. and
WICK & TRAUTWEIN, LLC.

    Defendants.

---

ORDER (Docket No. 177)

---

**THIS MATTER**, having come before the Court upon the CSU Defendants' Unopposed Motion to Excuse Defendant Wilusz from Requirement to Be Available by Telephone for the Settlement Conference (Docket No. 177) and the Court having reviewed the motion and finding that good cause has been shown,

**IT IS HEREBY ORDERED** that the CSU Defendants' motion is **GRANTED**, and Defendant Wilusz is excused from being available by telephone for the settlement conference set for August 23, 2011 at 1:30 p.m.

DATED this 11th day of August, 2011.

BY THE COURT,

_/s/ Michael J. Watanabe_

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO