IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00198-PAB-MJW

LANGSTON D. HULL, D.V.M., PH.D.,

    Plaintiff,

v.

COLORADO BOARD OF GOVERNORS OF THE COLORADO STATE
    UNIVERSITY SYSTEM, as governing body of COLORADO STATE
    UNIVERSITY,
PATRICK J. BRENNAN, PH.D.,
JEFFREY WILUSZ, PH.D., individually and in his official capacity,
EDWARD A. HOOVER, DVM, PH.D.,
ANNE C. AVERY, DVM, PH.D.,
JOHN D. ROOT, ESQ. and
WICK & TRAUTWEIN, LLC,

    Defendants.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Minute Order [Docket No. 180] filed by Magistrate Judge Michael J. Watanabe on August 24, 2011. The Minute Order indicates that "a settlement was reached between Plaintiff Hull and Defendants John D. Root, Esquire and Wick & Trautwein, LLC." Docket No. 180 at 1. Therefore, it is

    **ORDERED** that the motion for summary judgment [Docket No. 148] filed by defendants John D. Root, Esq. and Wick & Trautwein, LLC is DENIED as moot.

    DATED August 26, 2011.