IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00198-RBJ-MJW

Langston D. Hull, DVM, Ph.D.,

    Plaintiff,

v.

COLORADO BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY
SYSTEM, as governing body of COLORADO STATE UNIVERSITY;
PATRICK J. BRENNAN, Ph.D., individually;
JEFFREY WILUSZ, Ph.D., individually and in his official capacity;
EDWARD A. HOOVER, DVM, Ph.D., individually; and
ANNE C. AVERY, DVM, Ph.D., individually.

    Defendants.

**ORDER REGARDING STIPULATION TO DISMISS DEFENDANTS BRENNAN, WILUSZ, HOOVER, AND AVERY WITH PREJUDICE**

THIS MATTER, coming before the Court on the Parties Stipulation to Dismiss Defendants Brennan, Wilusz, Hoover, and Avery with Prejudice [Docket No. 190], and it appearing to the Court that the same should be granted:

It is hereby ordered that of all of Plaintiff's claims against Defendants Brennan, Wilusz, Hoover, and Avery are dismissed with prejudice, and the parties shall bear their own costs and attorneys' fees.

DATED this 9th day of November, 2011.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge