IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 08-cv-0198-RBJ-MJW

LANGSTON D. HULL, DVM, PH.D.,

      Plaintiff,

v.

COLORADO BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY
SYSTEM, as governing body of Colorado State University,

      Defendant.

---

## ORDER TO SET SCHEDULING CONFERENCE

---

      This matter comes before the Court *sua sponte.* The parties are ordered to set a scheduling conference in this Court (with Judge Jackson) no later than 45 days after service of this order. Each party's lead trial counsel shall attend the conference. The conference shall be held in Courtroom A-702, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties are directed to jointly contact Mary DeRosa by telephone at (303) 844-4694 or by email at Jackson_Chambers@cod.uscourts.gov to obtain a scheduling conference date.

      The purpose of this conference is to schedule a Trial and a Trial Preparation Conference. For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

      DATED this 9th day of November, 2011.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge