IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00198-RBJ-MJW

Langston D. Hull, DVM, Ph.D.

Plaintiff,

v.

COLORADO BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM, as governing body of COLORADO STATE UNIVERSITY

Defendant.

---

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, Langston D. Hull, and Defendant, Colorado Board of Governors of the Colorado State University System, as governing body of Colorado State University, hereby stipulate to the dismissal of all of Plaintiff's claims against Defendant with prejudice. The parties shall bear their own costs and attorneys' fees.

WHEREFORE, the parties to this Stipulation respectfully request that the Court enter the attached Order consistent with the foregoing Joint Stipulation.

Dated this 28th day of November 2011.

JOHN W. SUTHERS,
Attorney General

*s/ Stephanie Lindquist Scoville*
STEPHANIE LINDQUIST SCOVILLE*
DOUGLAS J. COX*
Colorado Attorney General's Office
Senior Assistant Attorney Generals
Civil Litigation & Employment Law Section
1525 Sherman St., 7th Floor
Denver, CO 80203
Telephone: (303) 866-5241
E-mail: Douglas.Cox@state.co.us
Stephanie.Scoville@state.co.us
Attorneys for Defendant

*s/ Darold W. Killmer*
DAROLD W. KILLMER
MARI NEWMAN
LISA R. SAHLI
Killmer, Lane & Newman, LLP
1543 Champa Street, Ste. 400
Denver, CO 80202

dkillmer@kln-law.com
mnewman@kln-law.com
lsahli@kln-law.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2011, I electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system that sends notification of such filing to the following email addresses:

lsahli@kln-law.com
mnewman@kln-law.com
dkillmer@kln-law.com
MaryEwingEsq@aol.com,
ewinglaw@aol.com

emayer@nbdmlaw.com

and I hereby certify that I have mailed or served the document of paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

*s/ Stephen F. Morrow*