IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00198-RBJ-MJW

Langston D. Hull, DVM, Ph.D.

    Plaintiff,

v.

COLORADO BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM, as governing body of COLORADO STATE UNIVERSITY

    Defendant.

## ORDER REGARDING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS MATTER, coming before the Court on the Joint Stipulation for Dismissal with Prejudice [Docket No. 194], and it appearing to the Court that the same should be granted:

It is hereby ordered that all of Plaintiff Langston D. Hull, DVM, Ph.D.'s claims against Defendant Colorado Board of Governors of the Colorado State University System shall be dismissed with prejudice, each party shall bear their own costs and attorneys' fees.

Dated this 28th day of November 2011.

                                            R. Brooke Jackson
                                            District Court Judge